## Wilson, Appellant, *v.* McPoyle.

Argued January 15, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Joseph A. Suchoza,* with him *John C. Bradley* and *William A. O'Donnell, Jr.,* for appellant.

*Angelo J. Baro,* for appellees.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed. Appellant to pay costs.